IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV404-W

| | |
|---|---|
| GAIL BROGDON, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>) | **ORDER** |
| MINNESOTA LIFE INSURANCE COMPANY, )<br>)<br>        Defendant. )<br>_____ ) | |

**THIS MATTER** is before the Court on Defendant's "Motion for Admission Pro Hac Vice of Sanders Carter (document #4) filed September 26, 2007. For the reasons set forth therein, the Motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 26, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge